DONALD SULLIVAN (State Bar No. 191080)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
**PRINCIPAL LIFE INSURANCE COMPANY**

IT IS SO ORDERED
Judge Edward J. Davila
4/23/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, (A limited liability company) | CASE NO. 5:12-cv-01140 EJD |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [Local Rule 6-1]** |
| vs. | |
| PRINCIPAL LIFE INSURANCE COMPANY (An Iowa Corporation), and DOES 1-25, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between plaintiff BAY AREA SURGICAL MANAGEMENT ("Plaintiff") and defendant PRINCIPAL LIFE INSURANCE COMPANY ("Defendant") through their attorneys of record, as follows:

1. Plaintiff filed an Amended Complaint in the above-titled action on or about April 2, 2011;

2. Plaintiff has agreed that Defendant may have an extension to and including May 7, 2012 to answer or otherwise respond to the Amended Complaint;

3. This extension does not exceed thirty (30) days; and

/ / /

/ / /

868204.1

Stip. Extending Time to Respond to Am. Compl.
CASE NO. 5:12-cv-01140 EJD

4. This stipulated date for Defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED:**

Dated: April 20, 2012          **WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER**

                               By:   /s/ Donald P. Sullivan
                                     Donald P. Sullivan

                               Attorneys for Defendants
                               **PRINCIPAL LIFE INSURANCE COMPANY**


Dated: April 20, 2012          **LAW OFFICES OF NICOLAS M. LEZOTTE**

                               By:   /S/ Heather E. Gibson
                                     Nicolas M. Lezotte
                                     Heather E. Gibson

                               Attorneys for Plaintiff
                               **BAY AREA SURGICAL GROUP, INC.**