DONALD SULLIVAN (State Bar No. 191080)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

EDNA S. BAILEY (State Bar No. 6277775)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel: (312) 821-6162/ Fax: (312) 704-1522

Attorneys for Defendant
**PRINCIPAL LIFE INSURANCE COMPANY**

IT IS SO ORDERED
Judge Edward J. Davila
9/28/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, LLC (A limited liability company)<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY (An Iowa Corporation), and DOES 1-25, inclusive<br><br>Defendants. | CASE NO. 5:12-cv-01140 EJD<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT [Local Rule 6-1]** |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiff BAY AREA SURGICAL MANAGEMENT, LLC ("Plaintiff") and Defendant PRINCIPAL LIFE INSURANCE COMPANY ("Defendant"), through their attorneys of record, as follows:

1.  Plaintiff filed a Second Amended Complaint in the above-titled action on or about September 14, 2012.

2.  Plaintiff has agreed that Defendant may have an extension to and including October 5, 2012 to answer or otherwise respond to the Second Amended Complaint;

Stip. Extending Time to Respond to Second Am. Compl.
CASE NO. 5:12-cv-01140 EJD

1433723.1

3. This extension does not exceed thirty (30) days; and

4. This stipulated date for Defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED:**

Dated: September 27, 2012     **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**

By: /s/ Edna S. Bailey
Edna S. Bailey
Donald P. Sullivan

Attorneys for Defendant
**PRINCIPAL LIFE INSURANCE COMPANY**

Dated: September 27, 2012     **LAW OFFICES OF NICOLAS M. LEZOTTE**

By: /s/ Karli Jungwirth
Nicolas M. Lezotte
Heather E. Gibson

Attorneys for Plaintiff
**BAY AREA SURGICAL MANAGEMENT, LLC**

## ATTESTATION CERTIFICATE

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

/s/ Edna S. Bailey
EDNA S. BAILEY

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
(312) 821-6162
(312) 704-1522

1433723.1